Action No.: 1:18CR333-2

Case Title: United States v. Terrill Bernard Weatherspoon

Date: 11-16-2018



### RECEIPT FOR EXHIBITS FROM 11/13/2018 SUPPRESSION HEARING

Receipt is hereby acknowledged of the material(s) listed below, which are subject to the provisions of Local Rule 79.4.

Defendant's Exhibit 1        Affidavit for Search Warrant-3460 Hillsborough Rd

_____
**Attorney for Defendant**

Action No.: 1:18CR333-2

Case Title: United States v. Terrill Bernard Weatherspoon

Date: 11/16/18



### RECEIPT FOR EXHIBITS FROM 11/13/2018 SUPPRESSION HEARING

Receipt is hereby acknowledged of the material(s) listed below, which are subject to the provisions of Local Rule 79.4.

Government's Exhibit 1            DVD Containing Video Footage from Days Inn

_____
**Attorney for Government**